1  Douglas J. Rovens (State Bar # 106582)
   drovens@ssd.com
2  Jeffrey S. Renzi (State Bar # 221963)
   jrenzi@ssd.com
3  SQUIRE, SANDERS & DEMPSEY L.L.P.
   555 S. Flower St., 31st Floor
4  Los Angeles, CA 90071
   Telephone:    (213) 624-2500
5  Facsimile:    (213) 623-4581

6  Attorneys for Defendant and Counterclaimant
   4ACCESS COMMUNICATIONS COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  VAL POPESCU, an individual;            Case No. 08-CV-525 H LSP

12              Plaintiff,                 **DEFENDANT 4ACCESS COMMUNICATIONS COMPANY'S CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

13          vs.

14  4ACCESS COMMUNICATIONS
    COMPANY, a Delaware corporation, and
15  DOES 1 through 10, inclusive,

16              Defendants.

The undersigned attorney of record for Defendant 4Access Communications Company certifies that on March 20, 2008, a copy of Defendant's Notice of Removal of this action was filed with the Clerk of the Superior Court for the State of California for the County of San Diego, Case No. 37-2008-00075299-CU-WT-CTL, and that written Notice to Plaintiff Val Popescu of Removal to Federal Court was mailed to Plaintiff through his attorneys of record. Removal of this action is effected as of the date above pursuant to 28 U.S.C. § 1446.

Dated: March 21, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Douglas J. Rovens
Jeffrey S. Renzi
Attorneys for Defendant
4ACCESS COMMUNICATIONS COMPANY

LOSANGELES/260932.1

- 2 -

DEFENDANT'S CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071-2300, which is located in the county where any non-personal service described below took place.

On March 21, 2008, a copy of the following document(s):

**DEFENDANT 4ACCESS COMMUNICATIONS COMPANY'S CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

was served on:

Gregory P. Goonan, Esq.
The Affinity Law Group APC
600 West Broadway, Suite 400
San Diego, California 92101-3352
Telephone: (619) 446-5661
Facsimile: (619) 515-1197
ggoonan@affinity-law.com

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 21, 2008, at Los Angeles, California.

*Consuelo Lopez*
Consuelo Lopez