| | |
|---|---|
| 1 | Douglas J. Rovens (State Bar # 106582) |
|   | drovens@ssd.com |
| 2 | Jeffrey S. Renzi (State Bar # 221963) |
|   | jrenzi@ssd.com |
| 3 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
|   | 555 S. Flower St., 31st Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 624-2500 |
| 5 | Facsimile:   (213) 623-4581 |
| 6 | Attorneys for Defendant |
|   | 4ACCESS COMMUNICATIONS COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual; | Case No.  08 CV 00525 H LSP |
| Plaintiff, | JOINT MOTION TO EXTEND TIME FOR DEFENDANT 4ACCESS COMMUNICATIONS COMPANY TO FILE RESPONSE TO COMPLAINT |
| vs. | |
| 4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive, | [Local Rule 12.1] |
| | *[Order filed concurrently herewith]* |
| Defendants. | |

Counsel for plaintiff VAL POPESCU (hereinafter "Plaintiff") and counsel for defendant 4ACCESS COMMUNICATIONS COMPANY (hereinafter "4Access") in the above-captioned action (hereinafter "Action") hereby jointly move the Court by this motion (hereinafter "Motion") with respect to the Action.

1. On January 9, 2008, Plaintiff filed a complaint (hereinafter "Complaint") in the Superior Court of the State of California, County of San Diego. 4Access was served with a copy of the Complaint and Summons thereon on February 21, 2008. On March 20, 2008, 4Access removed this action to the United States District Court for the Southern District of California.

2. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, 4Access's response to the Complaint is due on Thursday, March 27, 2008. The parties have not previously sought an extension in this matter, and the extension sought by this Motion is not for purposes of delay.

3. Plaintiff has represented to 4Access that he will file an amended complaint, rendering the Complaint moot.

4. Plaintiff and 4Access hereby agree to extend the time for 4Access to respond to the Complaint in this matter by twenty (20) days, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 12.1. Should Plaintiff file and serve and amended complaint before 4Access files a response to the Complaint, the parties hereby agree that 4Access will have the applicable period proscribed by the Federal Rules of Civil Procedure to answer or otherwise respond to such amended complaint.

///
///
///

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 S. Flower Street, Suite 3100
Los Angeles, CA 90071

1  THE PARTIES RESPECTFULLY REQUEST THE COURT enter the accompanying
2  order allowing 4Access a twenty (20) day extension of time to respond to the Complaint, or if
3  Plaintiff files and amended complaint before April 16, 2008, 4Access will have the applicable
4  period proscribed by the Federal Rules of Civil Procedure to respond to that amended complaint.
5  SO STIPULATED.

Dated: March 26, 2008                          SQUIRE, SANDERS & DEMPSEY L.L.P.


By:       s/ Jeffrey S. Renzi
          Douglas J. Rovens
          Jeffrey S. Renzi
Attorneys for Defendant
4ACCESS COMMUNICATIONS COMPANY


Dated: March 26, 2008                          THE AFFINITY LAW GROUP APC


By:       /s/ Gregory P. Goonan
          Gregory P. Goonan
Attorneys for Plaintiff
VAL POPESCU

- 3 -

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071-2300, which is located in the county where any non-personal service described below took place.

On March 26, 2008, a copy of the following document(s):

JOINT MOTION TO EXTEND TIME FOR DEFENDANT 4ACCESS COMMUNICATIONS COMPANY TO FILE RESPONSE TO COMPLAINT

was served on:

Gregory P. Goonan, Esq.
The Affinity Law Group APC
600 West Broadway, Suite 400
San Diego, California 92101-3352
Telephone: (619) 446-5661
Facsimile: (619) 515-1197
ggoonan@affinity-law.com

Service was accomplished as follows.

☐ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **By Electronic Means.** On the above date, I filed the above-mentioned document(s) by electronic means with the Court. As such, the Court electronically mailed such document(s) to the parties noted above, whose electronic mail address is set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 26, 2008, at Los Angeles, California.

_Consuelo Lopez_
Consuelo Lopez

LOSANGELES/262342.1