1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11  VAL POPESCU, an individual;              **Case No. 08 CV 00525 H LSP**
12          Plaintiff,                        **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT 4ACCESS COMMUNICATIONS COMPANY TO FILE RESPONSE TO COMPLAINT**
13       vs.
14  4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,
15
16          Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

1   This matter comes before the Court pursuant to a joint motion by the parties to extend the
2   time for defendant 4ACCESS COMMUNICATIONS COMPANY (hereinafter "4Access") to
3   respond to the Complaint filed by plaintiff VAL POPESCU (hereinafter "Plaintiff") in this
4   matter.  The Court, having considered the joint motion and the files and records in this matter,
5   and good cause appearing, hereby grants the parties' joint motion and extends 4Access's time to
6   respond to the Complaint as follows:

7   1.   4Access shall have a twenty (20) day extension of time to respond to the
8   Complaint, or if Plaintiff files and amended complaint before April 16, 2008, 4Access will have
9   the applicable period proscribed by the Federal Rules of Civil Procedure to respond to that
10  amended complaint.

11  **IT IS SO ORDERED.**

13  DATE:  March 27, 2008                    BY: _____
14                                            THE HONORABLE MARILYN L. HUFF