1  Gregory P. Goonan (Cal. Bar #119821)
   **The Affinity Law Group APC**
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  Tel: 619-702-4335
   Fax: 619-243-0088
4
   Attorneys for Plaintiff
5  VAL POPESCU

6

7

8  <center>UNITED STATES DISTRICT COURT</center>

9  <center>SOUTHERN DISTRICT OF CALIFORNIA</center>

10

| | |
|---|---|
| VAL POPESCU, an individual; | Case No. 08 CV 525 JM (RBB) |
| Plaintiff, | **DEAMAND FOR JURY TRIAL BY PLAINTIFF VAL POPESCU** |
| vs. | |
| 4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, Inclusive | |
| Defendants. | |

*DEMAND FOR JURY TRIAL BY PLAINTIFF VAL POPESCU*

- 1 -

Plaintiff Val Popescu hereby demands a trial by jury on his original complaint and his first amended complaint in this matter.

DATED: April 8, 2008　　　　　　　　THE AFFINITY LAW GROUP APC

By: __*/s/ Gregory P. Goonan*__
　　　Gregory P. Goonan
　　　Attorneys for Plaintiff
　　　Val Popescu

**Certificate of Service**

The undersigned hereby certifies that on this 8th day of April 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

>Douglas J. Rovens
>Jeffrey S. Renzi
>Squire Sanders & Dempsey LLP
>555 South Flower Street, Suite 3100
>Los Angeles, CA  90071-2300
>Attorneys for Defendant 4Access Communications Company

>*/s/ Gregory P. Goonan*
>Gregory P. Goonan