Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088
E-mail: ggoonan@affinity-law.com

Attorneys for Plaintiff
VAL POPESCU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual;<br><br>              Plaintiff,<br><br>       vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, Inclusive<br><br>              Defendants. | Case No. 08 CV 525 JM (RBB)<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR ONE DAY EXTENSION OF DUE DATE FOR FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Hearing Date: May 30, 2008<br>Time: 1:30 p.m.<br>Court: 16 (Hon. Jeffrey T. Miller) |

## EX PARTE APPLICATION FOR EXTENSION

Plaintiff Val Popescu ("Plaintiff") submits this ex parte application ("Application") to request a short one-day extension of the due date for Plaintiff's opposition to Defendant's pending motion to dismiss Plaintiff's first amended complaint for improper venue. Plaintiff's opposition to such motion currently is due to be filed on May 16, 2008. By this Application, Plaintiff respectfully asks the Court to extend such deadline for one day, to May 19, 2008.

---

*PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF DUE DATE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 1 -

1  This request for a continuance has been made necessary because Plaintiff's counsel was
2  not able to complete and file Plaintiff's opposition papers by the current May 16 due date because
3  of the illness of counsel.  Such illness provides good cause for the short one-day extension sought
4  by this Application.  Accordingly, Plaintiff respectfully asks the Court to extend to May 19, 2008
5  the due date for Plaintiff's opposition papers.  The factual basis for this Application is set forth in
6  the accompanying Declaration of Gregory P. Goonan.

### LOCAL RULE 83.3(h)

In accordance with Local Rule 83.3(h), the undersigned attorney hereby certifies and declares under the penalty of perjury that this Application was filed with the Court by the Court's ECF/CM system, and served on Defendants' counsel by operation of the ECF/CM system.

DATED:  May 16, 2008             THE AFFINITY LAW GROUP APC

                                 By: */s/ Gregory P. Goonan*
                                     Gregory P. Goonan
                                     Attorneys for Plaintiff
                                     VAL POPESCU
                                     E-mail: ggoonan@affinity-law.com

### DECLARATION OF GREGORY P. GOONAN

1. I am an attorney duly licensed to practice law in the State of California and before this Court, and am a shareholder in The Affinity Law Group APC, attorneys of record for Plaintiff.  I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2. The current due date for Plaintiff's opposition to Defendant's pending motion to dismiss Plaintiff's first amended complaint for improper venue is May 16, 2008.  I began working on Plaintiff's opposition papers shortly after Defendant filed its motion.  It had been my plan to

1  finish work on Plaintiff's papers on May 15 and May 16, and then file Plaintiff's opposition
2  papers on May 16.
3      3. Unfortunately, however, I came down with a case of the stomach flu and as a result was
4  not able to work on Plaintiff's opposition papers on May 15 at all, and only for a short time on
5  May 16. Because of such illness, I was not able to complete and file Plaintiff's opposition papers
6  on May 16, 2008. Accordingly, by this Application, Plaintiff requests a short one-day extension
7  of time to May 19, 2008 to file Plaintiff's opposition papers.

10      I declare under the penalty of perjury under the laws of the United States of America that
11  the foregoing is true and correct. Executed on May 16, 2008 at San Diego, California.

14                                     */s/ Gregory P. Goonan*

---

*PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF DUE DATE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 3 -

**Certificate of Service**

The undersigned hereby certifies that on this 16th day of May 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

>Douglas J. Rovens
>Jeffrey S. Renzi
>Squire Sanders & Dempsey LLP
>555 South Flower Street, Suite 3100
>Los Angeles, CA  90071-2300
>Attorneys for Defendant 4Access Communications Company

*/s/ Gregory P. Goonan*
Gregory P. Goonan

---

*PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF DUE DATE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*
- 4 -