# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU,<br><br>                                       Plaintiff,<br>    vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, et al.,<br><br>                                   Defendants. | CASE NO. 08 CV 0525 JM (RBB)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME** |

    For good cause shown, the court hereby **GRANTS** Plaintiff's request for a one-day extension of time to file Plaintiff's opposition to Defendant 4Access Communications Company's motion to dismiss. Accordingly, Plaintiff's opposition must be submitted to later than May 19, 2008, and Defendant's reply must be submitted no later than May 27, 2008. The motion hearing date remains May 30, 2008.

    **IT IS SO ORDERED.**

DATED: May 19, 2008

                                                     Hon. Jeffrey T. Miller<br>                                                     United States District Judge

cc:        All parties