1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   VAL POPESCU,                                    CASE NO. 08 CV 0525 JM (RBB)

12                              Plaintiff,          **SCHEDULING ORDER**

         vs.
13   4ACCESS COMMUNICATIONS
     COMPANY, et al.,
14
                              Defendants.
15

16
         On the court's own motion, the court hereby vacates the May 30, 2008 hearing date for
17
     Defendant's motion to dismiss.  The hearing is rescheduled for *June 6, 2008, at 1:30 p.m.* in
18
     Courtroom 16.
19
         **IT IS SO ORDERED.**
20
     **DATED:  May 27, 2008**
21
                                                     _____
22                                                   **Hon. Jeffrey T. Miller**
                                                     **United States District Judge**
23   cc:          All parties

24

25

26

27

28

                                              - 1 -                                    08cv0525