# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00525–JM–RBB

| | |
|---|---|
| Popescu v. 4Access Communications Company et al | Date Filed: 03/20/2008 |
| Assigned to: Judge Jeffrey T. Miller | Date Terminated: 06/11/2008 |
| Referred to: Magistrate Judge Ruben B. Brooks | Jury Demand: Plaintiff |
| Demand: $138,000 | Nature of Suit: 190 Contract: Other |
| Case in other court:  San Diego Superior Court, 37–02008–00075299–CV– | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity–Breach of Contract | |

**Plaintiff**

**Val Popescu**　　　　　　　　　　　　　represented by **Gregory P Goonan**
*an Individual*　　　　　　　　　　　　　　　　　　　　　The Affinity Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　600 West Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　　　　　　(619)702–4335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (619)515–1197
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ggoonan@affinity–law.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**4Access Communications Company**　　represented by **Douglas J Rovens**
*a Delaware corporation*　　　　　　　　　　　　　　　　Squire Sanders &Dempsey LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　555 So Flower Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071–2300
　　　　　　　　　　　　　　　　　　　　　　　　　　　(213)689–5123
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (213)623–4581
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jeffrey S. Renzi**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Squire Sanders &Dempsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　555 South Flower Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　　　　　　(213)689–5138
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (213)623–4581
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jrenzi@ssd.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10, Inclusive**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | Ï 1 | NOTICE OF REMOVAL with Jury Demand as to Val Popescu from San Diego Superior Court, case number 37–2008–00075299–CV–WT–CTL ( Filing fee $ 350 Receipt number 148992), filed by 4Access Communications Company. t/w complaint. (tpo)(kaj). (Entered: 03/21/2008) |
| 03/20/2008 | Ï 2 | DECLARATION of Joseph E. Heery in support of 1 by Defendant 4Access Communications Company. (tpo) (Entered: 03/21/2008) |
| 03/21/2008 | Ï 3 | CERTIFICATE OF SERVICE by 4Access Communications Company *of Filing and Service of Notice of Removal* (Renzi, Jeffrey) (ag, ). (Entered: 03/21/2008) |
| 03/21/2008 | Ï 5 | CERTIFICATE OF SERVICE and Service of Notice of Removal by 4Access Communications Company (ag) (Entered: 03/25/2008) |
| 03/21/2008 | Ï 6 | NOTICE of Non−Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 5 Certificate of Service (ag) (Entered: 03/25/2008) |
| 03/24/2008 | Ï 4 | NOTICE by 4Access Communications Company of related case(s) No. 07 CV 00063 JAH POR; and Case No. 06 CV 2709 JM RBB *Notice of Related Cases* (Renzi, Jeffrey) (ag, ). (Entered: 03/24/2008) |
| 03/26/2008 | Ï 7 | Joint MOTION for Extension of Time to File Response/Reply *to Complaint* by 4Access Communications Company. (Renzi, Jeffrey) (ag, ). (Entered: 03/26/2008) |
| 03/27/2008 | Ï 8 | ORDER granting 7 Motion for Extension of Time to File a Response to Complaint. Responses due by 4/16/2008. Signed by Judge Marilyn L. Huff on 03/27/08. (ag)(kaj). (Entered: 03/27/2008) |
| 04/04/2008 | Ï 9 | ORDER OF TRANSFER PURSUANT TO LOW NUMBER RULE. Case reassigned to Judge Jeffrey T. Miller for all further proceedings. Judge Marilyn L. Huff no longer assigned to case. Signed by Judge Jeffrey T. Miller on 4/2/08. (tkl) (Entered: 04/07/2008) |
| 04/08/2008 | ï 10 | FIRST AMENDED COMPLAINT with Jury Demand against all defendants, filed by Val Popescu.(Goonan, Gregory) Modified on 4/9/2008 – edited text (vet, ). (Entered: 04/08/2008) |
| 04/08/2008 | ï 11 | DEMAND for Trial by Jury by Val Popescu. (Goonan, Gregory). (jah). (Entered: 04/08/2008) |
| 04/25/2008 | ï 12 | MOTION to Dismiss *First Amended Complaint* by 4Access Communications Company. (Attachments: # 1 Declaration of Steven D. Davis, # 2 Request for Judicial Notice)(Renzi, Jeffrey). Modified on 4/28/2008 (tkl). Emailed atty. Mem of p/a should be efiled as an attachment. (Entered: 04/25/2008) |
| 05/16/2008 | ï 13 | Ex Parte MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss *First Amended Complaint* by Val Popescu. (Goonan, Gregory) (tkl). (Entered: 05/16/2008) |
| 05/19/2008 | ï 14 | ORDER signed by Judge Jeffrey T. Miller on 5/19/08. The court grants pla's request for a one−day extension of time to file pla's opposition to dft 4Access Communications Companys motion to dismiss. Pla's opposition by 5/19/08 and Dft's reply must be submitted by 5/27/08.(tkl) (av1). Modified on 5/20/2008 to correct opposition date to 5/19/08 (tkl). (Entered: 05/19/2008) |
| 05/19/2008 | ï 15 | RESPONSE in Opposition re 12 MOTION to Dismiss *First Amended Complaint* filed by Val Popescu. (Attachments: # 1 Declaration of Val Popescu in Support of Plaintiff's Opposition to Motion to Dismiss, # 2 Exhibit 1 Employment Letter, # 3 Exhibit 2 Stock Options)(Goonan, Gregory) (tkl). (Entered: 05/19/2008) |
| 05/27/2008 | ï 16 | OBJECTION by 4Access Communications Company re 15 Response in Opposition to Motion, *to Declaration of Val Popescu* (Renzi, Jeffrey) (tkl). (Entered: 05/27/2008) |

| | | |
|---|---|---|
| 05/27/2008 | 17 | REPLY to Response to Motion re 12 MOTION to Dismiss *First Amended Complaint* filed by 4Access Communications Company. (Renzi, Jeffrey) (tkl). (Entered: 05/27/2008) |
| 05/27/2008 | 19 | SCHEDULING ORDER. On the court's own motion, the court vacates the May 30, 2008 hearing date for Defendant's motion to dismiss 12 . The hearing is rescheduled for June 6, 2008, at 1:30 p.m. in Courtroom 16 before Judge Jeffrey T. Miller. Signed by Judge Jeffrey T. Miller on 5/27/08. (tkl) (av1). (Entered: 05/28/2008) |
| 05/28/2008 | 18 | (filed as RESPONSE in Opposition) re 12 MOTION to Dismiss *First Amended Complaint Declaration of Gregory P. Goonan in Response to Defendant's Objection to Popescu Declaration* filed by Val Popescu. (Attachments: # 1 Exhibit 1 Employment Letter Correct Exhibit 1 to Popescu Declaration)(Goonan, Gregory) . Modified on 5/30/2008 (tkl). Emailed atty. This should be efiled as a declaration. (Entered: 05/28/2008) |
| 06/11/2008 | 20 | Order denying motion to dimsiss. Case transferred to District of Northern District of Illinois, Eastern Division. Original file, certified copy of transfer order, and docket sheet sent to: * Northern District of Illinois, Eastern Division**219 South Dearborn Street, 20th Floor**Chicago, IL 60604*. Signed by Judge Jeffrey T. Miller on 6/11/08. (All non−registered users served via U.S. Mail Service).(tkl) (Additional attachment(s) added on 6/12/2008: # 1 Main Document) (tkl). (Entered: 06/12/2008) |