**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION**

VAL POPESCU,

                Plaintiff,

      v.

4ACCESS COMMUNICATIONS COMPANY, a
Delaware Corporation, and DOES 1-10, Inclusive,
              Defendants

No. 1:08 C 3406

## NOTICE OF MOTION

TO:   **Via CM/ECF**
       All counsel of record

PLEASE TAKE NOTICE that on **Tuesday, July 15, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald Guzman Gottschall or whomever may be sitting in his stead in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and **Defendant 4Access Communications Company's Motion for Extension of Time to File Responsive Pleading**, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By:   _/s/ Jeff Corso_____
         One of Its Attorneys

Jeffrey D. Corso – 6206210
COONEY & CORSO, LLC
4925 Indiana Ave., Suite 101
Lisle, IL 60532
Tel: 630-324-7800
Direct: 630-336-7393
Fax: 630-324-7801
Email: jcorso@cooneycorso.com

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above-named individual at the above address by e-mailing it via CM/ECF electronic filing at his/her e-mail address on file on July 7, 2008.

                /s/ Jeffrey D. Corso_____