IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAL POPESCU, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>4ACCESS COMMUNICATIONS )<br>COMPANY, a Delaware corporation, )<br>And DOES 1-10, Inclusive, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:08CV3406 |

## PLAINTIFF'S RESPONSE AND STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant 4Access Communications Company ("4Access") has filed a motion requesting an extension of the due date for response to the first amended complaint of plaintiff Val Popescu ("Popescu") to July 28, 2008. Popescu's initial complaint in this matter was filed on January 9, 2008 and served on 4Access on February 21, 2008. 4Access already has filed one motion in response to Popescu's first amended complaint, which was the motion challenging venue in San Diego that led to the transfer of this case to this Court.

This case was transferred to this Court on June 12, 2008, almost one month ago. The initial status conference is scheduled for August 13, 2008. Under such circumstances, 4Access' request for an extension to July 28, 2008 seems a little excessive. However, in the interests of

professional courtesy, Popescu agrees to the extension sought by 4Access and consequently does not oppose 4Access' motion for extension.

Dated: July 8, 2008

                                  THE AFFINITY LAW GROUP APC

                                  By: */s/ Gregory P. Goonan*
                                  Gregory P. Goonan    (pro hac vice application submitted)
                                  600 West Broadway, Suite 400
                                  San Diego, CA  92101
                                  Tel:  (619) 702-4335
                                  Fax:  (619) 243-0088
                                  E-Mail:  ggoonan@affinity-law.com

                                  Attorneys for Plaintiff
                                  Val Popescu

**Certificate of Service**

       The undersigned hereby certifies that on this 8th day of July 2008, a true and accurate copy of the attached was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

Jeffrey D. Corso
Cooney & Corso LLC
4925 Indiana Avenue, Suite 101
Lisle, IL  60532
Tel:  630-324-7800
Fax:  630-324-7801
E-Mail:  jcorso@cooneycorso.com

Attorneys for Defendant
4Access Communications Company

                                                                                        */s/ Gregory P. Goonan*