# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 08 C 3406

VAL POPESCU,
    Plaintiff,

v.

4ACCESS COMMUNICATIONS COMPANY, a
Delaware Corporation and Does 1-10, Inclusive,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VAL POPESCU, Plaintiff

| |
|---|
| NAME (Type or print)<br> David M. Zinder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ David M. Zinder |
| FIRM<br> Law Offices of David M. Zinder |
| STREET ADDRESS<br> 40 Skokie Boulevard, Suite 105 |
| CITY/STATE/ZIP<br> Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06191840 | TELEPHONE NUMBER<br>(224) 330- 1712 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |