# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3406 | **DATE** | 7/17/2008 |
| **CASE TITLE** | POPESCU vs. 4ACCESS COMMUNICATIONS COMPANY | | |

**DOCKET ENTRY TEXT**

Motion for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002913796. (Goonan, Gregory) [26] is granted. Counsel is directed to Local Rule 83.15(b), which requires a designation of local counsel to be made within thirty days.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|